**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ALCIADES JOSE ATENCIO-ALCANTARA**

**VS.**

**IMMIGRATION & CUSTOMS ENFORCEMENT, ET AL.**

**CIVIL ACTION NO. 26-1442**

**SECTION P**

**JUDGE ROBERT R. SUMMERHAYS**

**MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Alciades Jose Atencio-Alcantara's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

LAFAYETTE, LOUISIANA, this 1st day of October, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE